UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MARIANA PADILLA                                                  CASE NO.: 6:14-bk-03129-CCJ
                                                                 CHAPTER 13
    Debtor(s)
_____/

### MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

COME NOW the Debtor, Mariana Padilla, by and through her undersigned attorney, and file this Motion for Referral to Mortgage Modification Mediation. The Debtor requests an entry of an order referring the Debtor and OneWest Bank to mortgage modification mediation, and in support thereof state the following:

1. This case was commenced by the filing of a petition with the Clerk of this Court on March 19, 2014.

2. The Debtor filed this Chapter 13 case in an attempt to retain her primary residence.

3. The Debtor would like to modify the terms of the mortgages encumbering their primary residence. The Debtor's income will allow her to contribute as much as 31 percent of her current gross income to payment of her modified mortgage debt.

4. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

5. Debtor will pay the $350.00 mediation cost to the Chapter 13 Trustee prior to attending any scheduled mediation.

6. The undersigned attorney is charging $1,500.00 to be paid by the Debtor through the Debtor's Chapter 13 plan for their services in connection with the requested mortgage modification.

WHEREFORE, the Debtor respectfully requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

///s// K. Hunter Goff
K. HUNTER GOFF, P.A.
K. Hunter Goff, Esq.
Fl. Bar No. 0240930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been served by either electronic transmission, Certified US Mail, or by United States first class postage prepaid to:

Laurie Weatherford, (through Electronic Case Filing);
Creditor, IndyMac/OneWest Bank, Attn: Bankruptcy Department, 2900 Esperanza Crossing, Austin, TX 78758;
Debtor, Mariana Padilla, 135 VanBuren Ave, Lake Mary, FL 32746.

On 5/2/2014.                                //s// K. Hunter Goff
                                            K. HUNTER GOFF, P.A.
                                            K. Hunter Goff, Esq.
                                            Fl. Bar No. 0240930
                                            227 Citrus Tower Blvd
                                            Clermont, FL 34711
                                            407-898-8225 T
                                            407-898-8226 F
                                            Hunter@KHunterGoffPA.com
                                            Attorney for Debtor