**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
**MARIANA PADILLA**              **CASE NO.: 6:14-bk-03129-CCJ**
　　Debtor (s).                   **CHAPTER: 13**
_____/

## MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT

COMES NOW the Debtor, Mariana Padilla, by and through their undersigned attorney, and files this Motion to Approve Hamp Trial Period Agreement and in support thereof would state as follows:

1. The Debtor sought a mortgage modification through the Home Affordable Modification Program.

2. The Debtor received notice that she has been approved for a mortgage modification through CIT Bank, N.A.

3. The trial payments are $1,361.13 beginning December 1, 2016.

4. The Debtor is completing step one of two-step documentation process.

5. After the trial payments have been made CIT Bank, N.A. should provide the permanent agreement in a timely manner.

6. Payments made by the Debtor to the Trustee constitute timely payments to CIT Bank, N.A.

7. The payments should be sent to the following address:

    CIT Bank, N.A.
    2900 Esperanza Crossing, CITB-18
    Austin, TX 78758

WHEREFORE, Debtor requests this Honorable Court for its Order Approving the Home Affordable Modification Program on a trial period, to Order CIT Bank, N.A. to provide the permanent agreement timely, to order that payments made to Chapter 13 Trustee constitute timely payments to CIT Bank, N.A. and such other relief that may be deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been served by either electronic transmission or by United States first class postage prepaid to:

**Trustee,** Laurie Weatherford, (through Electronic Case Filing);
**Creditor,** CIT Bank, N.A.,14841 Dallas Pkwy, #300, Dallas, TX 75254;
**Attorneys for Creditor**, Buckley Madole, P.C., Attn: Austin M Noel, PO Box 22408, Tampa, FL 33622;
**Debtor,** Mariana Padilla, 135 VanBuren Ave, Lake Mary, FL 32746.

On or before <u>November 29, 2016.</u>         //s// K. Hunter Goff_____
                                              K. HUNTER GOFF, P.A.
                                              K. Hunter Goff, Esq.
                                              Fl. Bar No. 0240930
                                              600 N US Hwy 27, Suite 6
                                              Minneola, FL 34715
                                              407-898-8225 T
                                              Hunter@KHunterGoffPA.com
                                              Attorney for Debtor