ORDERED.

**Dated:  November 30, 2016**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
**MARIANA PADILLA**                                         **CASE NO.: 6:14-bk-03129-CCJ**
Debtor  (s).                                               **CHAPTER: 13**
_____/

**ORDER GRANTING MOTION TO**
**APPROVE HAMP TRIAL PERIOD AGREEMENT**


THIS CASE came for consideration upon the Debtors' Motion to Approve HAMP Trial Period

Agreement (Document No. 57), and this Court having considered the matter and having found that it does have

merit,

Accordingly, it is ORDERED that:

1.  The Motion is granted.

2.  The HAMP Trial Period Agreement with CIT Bank, N.A. is hereby approved and the parties are
    ordered to comply with the terms of the agreement.

3.  The trial period payments are in the amount of $1,361.13 beginning December 1, 2016.

4.  The payments will be sent to:

        CIT Bank, N.A.
        2900 Esperanza Crossing, CITB-18
        Austin, TX 78758

5.  CIT Bank, N.A. shall timely provide the final mortgage modification agreement after the trial period payments are made.

6.  Payments made by the Debtor to the Chapter 13 Trustee constitute timely payments to CIT Bank, N.A.

7.  Any interested parties may object to this order within 14 days from the date of service of this order.  If an interested party files such an objection within this time period, the court will schedule the motion for hearing on notice to the debtor, debtor's counsel and the Chapter 13 Trustee, and to the objecting party.

8.  All other orders that do not conflict with this order remain in full force and effect.

Attorney K. Hunter Goff is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.